UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY MICHAEL D'AMICO,

    Plaintiff,

v.                                                          Case No. 8:23-cv-1064-KKM-CPT

MICHELLE SUSKAUER et al.,

    Defendants.
_____

## ORDER

On May 22, 2023, Anthony D'Amico, proceeding pro se, initiated this action by filing a complaint. The Court struck the complaint as a shotgun pleading and gave Plaintiff until June 9, 2023, to file an amended complaint. *See* Order (Doc. 4). The Court warned Plaintiff that failure to file an amended complaint by June 9 would result in dismissal, but Plaintiff did not file an amended complaint in that time. *Id.*

A court order dismissing a complaint with leave to amend within a specified time "becomes a final judgment if the deadline to amend expires without plaintiff amending its complaint or seeking an extension of time." *Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719 (11th Cir. 2020). Upon expiration of the deadline, " 'the district court loses all its prejudgment powers to grant any more extensions' of time to amend the complaint." *Id.* at 720. Thus "the only recourse for a plaintiff" is "to

appeal," to "move to alter or amend the judgment," or to "move for relief from the final judgment." *Id.*

Therefore, this Court dismisses this action without prejudice because it has lost jurisdiction over the case. Accordingly, the action is **DISMISSED without prejudice.** The Clerk is directed to **TERMINATE** any pending motions and deadlines, **ENTER** judgment in favor of Defendants, and **CLOSE** this case.

**ORDERED** in Tampa, Florida, on June 13, 2023.

Kathryn Kimball Mizelle
United States District Judge